# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136482

JOSEPH BURLINGAME, III,
       Plaintiff-Appellant,

v

SC: 136482
COA: 284294
Sanilac CC: 05-030686-NI

NATIONSRENT, INC. and JASON
BROWN,
       Defendants,

and

NANCY BROWN,
       Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the April 9, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828